530 F. 2d 940

IMPORT MOTORS LIMITED, INC., WORLD-WIDE VOLKSWAGEN CORP., RIVIERA MOTORS, INC., AND PORSCHE AUDI NORTHWEST, INC. *v.* UNITED STATES INTERNATIONAL TRADE COMMISSION, AND ENGELHARD MINERALS & CHEMICALS CORPORATION
(No. 76–3 C.A.D. 1165)

United States Court of Customs and Patent Appeals, January 22, 1976

*Harvey Kaye* (Spencer & Kaye) attorney of record, for appellants.

*Rex E. Lee,* Assistant Attorney General, *William Kanter, Michael H. Stein,* attorneys of record, Appellate Section, Civil Division

[Oral argument on January 16, 1976 by Harvey Kaye for appellant, Import Motors Ltd. Inc. et al; Michael Stein for appellee, International Trade Commission and David W. Plant for appellee, Engelhard Minerals, etc.]

Before MARKEY, *Chief Judge,* and RICH, LANE and MILLER, *Associate Judges,* and ROBERT L. KUNZIG, *Associate Judge,* UNITED STATES COURT OF CLAIMS.

MARKEY, *Chief Judge.*

To facilitate the proceedings of the Commission, the court hereby announces its decision on this appeal. An opinion will follow in due course.

## DECISION

The appeal is dismissed.

The stay of further proceedings set forth in the Order of this court dated December 3, 1975 (530 F. 2d 937, 188 USPQ 102 (CCPA 1975)), is vacated.